IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| CITY OF LOVELAND, | : | CASE NO. 1:23-cv-433 |
| Plaintiff, | : | (Judge Jeffrey P. Hopkins)<br>(Magistrate Judge Karen L. Litkovitz) |
| v. | : | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF CITY OF LOVELAND'S COMPLAINT AND DEMAND FOR JURY TRIAL** |
| 3M COMPANY, et al., | : | |
| Defendants. | : | |
| | : | |

This matter comes before the Court upon the Unopposed Motion of Defendants Tyco Fire Products LP and Chemguard, Inc. for Extension of Time to Respond to Plaintiff City of Loveland's Complaint and Demand for Jury Trial ("Motion").  For the reasons shown in the Motion, the Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that all defendants shall have 28 days from the date of entry of the Judicial Panel on Multidistrict Litigation's decision on whether to transfer to the Multidistrict Litigation to respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: July 20, 2023

_____
UNITED STATES DISTRICT JUDGE

4863-5189-7967.1